IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>BRYAN FREMBLING,<br><br>                    Defendant. | CASE NO.  1:15-MJ-06 SAB<br><br>**ORDER CONTINUING PRELIMINARY HEARING**<br><br>Date: February 17, 2015<br>Time: 1:30 p.m. |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Bryan Frembling, by and through Jerome Price, his attorney of record, having agreed to continue the preliminary hearing in this matter from February 17, 2015 until February 24, 2015, at 1:30 p.m., and good cause appearing therefore,

IT IS SO ORDERED.

  Dated:  **February 11, 2015**                       **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE

Order Continuing Preliminary Hearing

1